IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| James Sherman Rowland, | ) | |
| | ) | Case No. 11-41295-HJB |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), John T. Vian and the law firm of Smith, Gambrell & Russell, LLP hereby enters his appearance as counsel on behalf of Wells Fargo Bank, N.A., ("Wells Fargo"), in the above-styled case and further requests service of papers pursuant to Bankruptcy Rules 2002. Wells Fargo hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

SGR\8892683.1

John T. Vian, Esq.
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E., Suite 3100
Atlanta, Georgia 30309
Phone: (404) 815-3500
Fax: (404) 815-3509
Email: jvian@sgrlaw.com

Dated: May 9, 2011

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
John T. Vian
Georgia Bar No. 727286

Suite 3100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500

Attorneys for Wells Fargo Bank, N.A.

SGR\8892683.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

James Sherman Rowland
P.O. Box 728
Upton, MA 01568
*(Debtor)*

Philip C. Silverman
Anderson Aquino, LLP
240 Lewis Wharf
Boston, MA 02110
*(Counsel to the Debtor)*

Steven Weiss
1441 Main Street
Springfield, MA 01103
*(Chapter 7 Trustee)*

This 9th day of May, 2011.

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
John T. Vian
Georgia Bar No. 727286

Suite 3100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500

Attorneys for Wells Fargo Bank, N.A.

SGR\8892683.1