

*[Left margin, rotated text:] 07/06/2011 ALLOWED. NO OBJECTIONS HAVE BEEN FILED. THE DEADLINE IS HEREBY EXTENDED TO AUGUST 31, 2011.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>JAMES SHERMAN ROWLAND,<br><br>DEBTOR | Chapter 7<br>Case No. 11-41295-HJB |

### TRUSTEE'S MOTION TO EXTEND DEADLINE
### FOR OBJECTING TO CLAIMS OF EXEMPTIONS
### AND FOR OBJECTING TO DISCHARGE

NOW COMES Steven Weiss, Trustee, through his counsel, and hereby requests that the deadline for objecting to the Debtor's claims of exemptions, and the deadline for objecting to his discharge, be extended to August 31, 2011. In support thereof, the Trustee respectfully states as follows:

1.  On March 31, 2011 James Sherman Rowland (the "Debtor") filed a Chapter 7 petition with this Court.

2.  Steven Weiss has been appointed as Chapter 7 Trustee in the case.

3.  The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. Sec. 157(b)(2)(A).

4.  The first meeting of creditors in this case was scheduled for and conducted on May 4, 2011. At that time the Trustee adjourned but did not conclude the meeting of creditors.

5.  The deadline for objecting to the Debtor's discharge is July 3, 2011.

6.  The Trustee is investigating the Debtor's affairs. Specifically, he has an interest in a family owned limited partnership which owns real estate in Ohio; his interest appears to be subject