United States Bankruptcy Court
District of Massachusetts

In re:                                                          Case No. 11-41295-hjb
James Sherman Rowland                                           Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: cml              Page 1 of 1              Date Rcvd: Jul 06, 2011
                             Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2011.
db           +James Sherman Rowland,    P.O. Box 728,    Upton, ma 01568-0728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2011**                    **Signature:**



# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

In re:

JAMES SHERMAN ROWLAND,

DEBTOR

Chapter 7
Case No. 11-41295-HJB

## TRUSTEE'S MOTION TO EXTEND DEADLINE
## FOR OBJECTING TO CLAIMS OF EXEMPTIONS
## <u>AND FOR OBJECTING TO DISCHARGE</u>

NOW COMES Steven Weiss, Trustee, through his counsel, and hereby requests that the deadline for objecting to the Debtor's claims of exemptions, and the deadline for objecting to his discharge, be extended to August 31, 2011.  In support thereof, the Trustee respectfully states as follows:

1.      On March 31, 2011 James Sherman Rowland (the "Debtor") filed a Chapter 7 petition with this Court.

2.      Steven Weiss has been appointed as Chapter 7 Trustee in the case.

3.      The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. Sec. 157(b)(2)(A).

4.       The first meeting of creditors in this case was scheduled for and conducted on May 4, 2011.  At that time the Trustee adjourned but did not conclude the meeting of creditors.

5.       The deadline for objecting to the Debtor's discharge is July 3, 2011.

6.       The Trustee is investigating the Debtor's affairs.  Specifically, he has an interest in a family owned limited partnership which owns real estate in Ohio; his interest appears to be subject

07/06/2011 ALLOWED.  NO OBJECTIONS HAVE BEEN FILED.  THE DEADLINE IS HEREBY EXTENDED TO AUGUST 31, 2011.